| Bank Account | Date | Num | Name | Amount |
|---|---|---|---|---|
|  | **Detail of Disbursments within 2 Years of Petition Date, June 5, 2008** | | | |
| Suntrust**375 | 07/25/2006 | 400 | Church of Scientology of Kansas City | 5,000.00 |
| Suntrust**375 | 08/25/2006 | 1000 | Church Of Scientology | 3,600.00 |
| Business Chkg ***8236 | 09/26/2006 | CC | Church Of Scientology | 484.50 |
| Cash Bus Pro 1672 | 10/06/2006 | 190 | Church Of Scientology | 6,500.00 |
| Main ***0246 | 10/27/2006 | 2000 | Church of Scientology of Kansas City | 8,000.00 |
| SunTrust**727 | 11/13/2006 | 193ACH | Church of Scientology of Kansas City | 2,000.00 |
| Main ***0246 | 04/16/2007 | 3110ACH | Church of Scientology of Kansas City | 7,000.00 |
| SunTrust**727 | 06/25/2007 | debit cc | Church of Scientology of Kansas City | 1,500.00 |
| Business Chkg ***8236 | 10/26/2007 | Visa Cc | Church Of Scientology | 2,500.00 |
| Business Chkg ***8236 | 11/16/2007 | ACH | Church Of Scientology | 2,500.00 |
| Business Chkg ***8236 | 04/04/2008 | ACH | Church Of Scientology | 82.37 |
| | | | **Church Of Scientology of KC Total** | **39,166.87** |

EXHIBIT "A"

### Detail of Disbursments within 4 Years of Petition Date, June 5, 2008

| Bank Account | Date | Num | Name | Amount |
|---|---|---|---|---|
| Suntrust**375 | 04/25/2005 | 1 | Church of Scientology of Kansas City | 26,400.00 |
| Suntrust**375 | 06/28/2005 | 309 | Church of Scientology of Kansas City | 26,400.00 |
| Suntrust**375 | 07/06/2005 | 99999 | Church of Scientology of Kansas City | 2,200.00 |
| Main ***0246 | 07/12/2005 | 3940 | Church Of Scientology | 3,600.00 |
| Suntrust**375 | 10/20/2005 | 138 | Church Of Scientology | 10,000.00 |
| Suntrust**375 | 11/04/2005 | 139 | Church of Scientology of Kansas City | 10,800.00 |
| Main ***0246 | 02/24/2006 | 0001 | Church Of Scientology | 10,000.00 |
| Main ***0246 | 04/04/2006 | 1000 | Church Of Scientology | 5,000.00 |
| Main ***0246 | 04/14/2006 | 1001 | Church Of Scientology | 10,000.00 |
| Suntrust**375 | 05/09/2006 | 325 | Church of Scientology of Kansas City | 5,277.75 |
| Suntrust**375 | 07/25/2006 | 400 | Church of Scientology of Kansas City | 5,000.00 |
| Suntrust**375 | 08/25/2006 | 1000 | Church Of Scientology | 3,600.00 |
| Business Chkg ***8236 | 09/26/2006 | CC | Church Of Scientology | 484.50 |
| Cash Bus Pro 1672 | 10/06/2006 | 190 | Church Of Scientology | 6,500.00 |
| Main ***0246 | 10/27/2006 | 2000 | Church of Scientology of Kansas City | 8,000.00 |
| SunTrust**727 | 11/13/2006 | 193ACH | Church of Scientology of Kansas City | 2,000.00 |
| Main ***0246 | 04/16/2007 | 3110ACH | Church of Scientology of Kansas City | 7,000.00 |
| SunTrust**727 | 06/25/2007 | debit cc | Church of Scientology of Kansas City | 1,500.00 |
| Business Chkg ***8236 | 10/26/2007 | Visa Cc | Church Of Scientology | 2,500.00 |
| Business Chkg ***8236 | 11/16/2007 | ACH | Church Of Scientology | 2,500.00 |
| Business Chkg ***8236 | 04/04/2008 | ACH | Church Of Scientology | 82.37 |
| | | | **Church Of Scientology of KC Total** | **148,844.62** |



EXHIBIT "B"